| | |
|---|---|
| DAWN SESTITO* | MARC A. HEARRON* |
| dsestito@omm.com | CENTER FOR REPRODUCTIVE RIGHTS |
| CATALINA VERGARA* | 1634 Eye St., NW, Suite 600 |
| cvergara@omm.com | Washington, DC 20006 |
| DIMITRI PORTNOI* | Telephone: (202) 524-5539 |
| dportnoi@omm.com | mhearron@reprorights.org |
| BRITTANY ROGERS* | *Attorneys for Plaintiff Paul A. Isaacson, M.D.* |
| brogers@omm.com | |
| HEATHER WELLES* | |
| hwelles@omm.com | JESSICA SKLARSKY* |
| O'MELVENY & MYERS LLP | CENTER FOR REPRODUCTIVE RIGHTS |
| 400 South Hope Street, 18th Floor | 199 Water Street |
| Los Angeles, California 90071 | New York, NY 10038 |
| Telephone: (213) 430-6000 | Telephone: (917) 637-3600 |
| Facsimile: (213) 430-6407 | jsklarsky@reprorights.org |
| *Attorneys for Plaintiffs* | *Attorneys for Plaintiff Paul A. Isaacson, M.D.* |
| | |
| ALICE CLAPMAN* | DANIEL B. PASTERNAK (Bar No. 023751) |
| PLANNED PARENTHOOD FEDERATION OF AMERICA | SQUIRE PATTON BOGGS (US) LLP |
| 123 William St., 9th Floor | 1 E. Washington St., Suite 2700 |
| New York, NY 10038 | Phoenix, AZ 85004 |
| Telephone: (212) 541-7800 | Telephone: (602) 528-4187 |
| aclapman@ppfa.org | Facsimile: (602) 253-8129 |
| *Attorneys for Plaintiffs* | daniel.pasternak@squirepb.com |
| *Planned Parenthood Arizona, Inc.; William Richardson, M.D.; and Deanna Wright, N.P.* | *Attorneys for Plaintiffs* |

*Application for admission *pro hac vice* pending

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Planned Parenthood Arizona, Inc., an Arizona non-profit corporation, on behalf of itself, its employees, and its patients; William Richardson, M.D., on behalf of himself and his patients; Deanna Wright, N.P., on behalf of herself and her patients; and Paul A. Isaacson, M.D., on behalf of himself and his patients, | Case No. CV-19-0207-TUC-JGZ<br><br>**SUMMONS** |
| Plaintiffs, | |
| v. | |
| Mark Brnovich, Attorney General of Arizona, in his official capacity; Patricia McSorley, in her official capacity as Executive Director of the | |

1

Arizona Medical Board; R. Screven Farmer, James M. Gillard, Edward G. Paul, Jodi A. Bain, Bruce Bethancourt, David Beyer, Teresa L. Connolly, Laura Dorrell, Gary R. Figge, Pamela E. Jones, and Lois Krahn, in their official capacities as members of the Arizona Medical Board; Cara M. Christ, in her official capacity as the Director of the Arizona Department of Health Services; Randy C. Quinn, Carmen Hill-Mekoba, Cecelia Andersen, Theresa Berrigan, Jana Machesky, Lori A. Gutierrez, Melinda Pheanis Preston, Elizabeth Boyer, Lajuana Gillette, and Lisa Smith, in their official capacities as members of the Arizona State Board of Nursing; and Joey Ridenour, in her official capacity as the Executive Director of the Arizona State Board of Nursing,

Defendants.

**SUMMONS IN A CIVIL ACTION**

To:

**Pamela E. Jones
Arizona Medical Board
9545 E. Doubletree Ranch Rd
Scottsdale, AZ 85258**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel B. Pasternak
Squire Patton Boggs (US) LLP
1 East Washington Street, Suite 2700
Phoenix, AZ 85004
AZ Bar No. 023751
(602) 528-4000
Daniel.Pasternak@squirepb.com

2

1  If you fail to respond, judgment by default will be entered against you for the relief
2  demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:_____  \_\_\_\_\_*Signa*_____*uty Clerk*

**ISSUED ON  2:15 pm, Apr 11, 2019**
**s/ Brian D. Karth, Clerk**

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____
was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)*_____
_____on *(date)*_____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known
address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____on *(date)*_____ ; or

☐ I returned the summons unexecuted because _____
_____; or

☐ Other *(specify):*
.

My fees are $ _____for travel and $ _____for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date:_____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

4