1    MARK BRNOVICH
     ARIZONA ATTORNEY GENERAL
2    Firm State Bar No. 14000

3    Brunn (Beau") W. Roysden, III (No. 028698)
        Division Chief Counsel
4    Oramel H. Skinner (No. 032891)
        Solicitor General
5    Rusty D. Crandell (No. 026224)
        Deputy Solicitor General
6    Mary DeLaat Williams (No. 013201)
        Assistant Attorney General
7    Kevin D. Ray (No. 007485)
        Assistant Attorney General
8    2005 N. Central Avenue
     Phoenix, Arizona  85004
9    Tel.:  (602) 542-3333
     Fax:  (602) 542-8308
10   ACL@azag.gov
     Beau.Roysden@azag.gov
11   O.H.Skinner@azag.gov
     Rusty.Crandell@azag.gov
12   MaryD.Williams@azag.gov
     Kevin.Ray@azag.gov
13
     *Attorneys for Defendants*
14

15              **IN THE UNITED STATES DISTRICT COURT**

16                  **FOR THE DISTRICT OF ARIZONA**

17   Planned Parenthood Arizona, Inc., an          No. CV-19-00207-TUC-JGZ
     Arizona non-profit corporation, on behalf
18   of itself, its employees, and its patients;   **STIPULATED MOTION TO**
     William Richardson, M.D., on behalf of        **DISMISS ARIZONA MEDICAL**
19   himself and his patients; Deanna Wright,       **BOARD DEFENDANTS**
     N.P., on behalf of herself and her patients;
20   and Paul A. Isaacson, M.D., on behalf of      **(ASSIGNED TO THE HON.**
     himself and his patients,                     **JENNIFER G. ZIPPS)**
21
                          Plaintiffs,
22
     v.
23
     Mark Brnovich, Attorney General of
24   Arizona, in his official capacity; Patricia
     McSorley, in her official capacity as
25   Executive Director of the Arizona Medical
     Board; R. Screven Farmer; James
26   M. Gillard; Edward G. Paul; Jodi A. Bain;
     Bruce Bethancourt; David Beyer; Teresa
27   L. Connolly; Laura Dorrell; Gary R. Figge;
     Pamela E. Jones; and Lois Krahn, in their
28   official capacities as members of the
     Arizona Medical Board; Cara M. Christ, in

her official capacity as the Director the Arizona Department of Health Services; Randy C. Quinn; Carmen Hill-Mekoba; Cecilia Andersen; Theresa Berrigan; Jana Machesky; Lori A. Gutierrez; Melinda Pheanis Preston; Elizabeth Boyer; Lajuana Gillette; and Lisa Smith, in their official capacities as members of the Arizona State Board of Nursing; and Joey Ridenour, in her official capacity as the Executive Director of the Arizona State Board of Nursing,

Defendants.

Pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, Plaintiffs Planned Parenthood Arizona, Inc., William Richardson, M.D., Deanna Wright, N.P., and Paul A. Isaacson, M.D.("Plaintiffs") and Defendants Patricia McSorley, in her official capacity as Executive Director of the Arizona Medical Board; R. Screven Farmer; James M. Gillard; Edward G. Paul; Jodi A. Bain; Bruce Bethancourt; David Beyer; Teresa L. Connolly; Laura Dorrell; Gary R. Figge; Pamela E. Jones; and Lois Krahn, in their official capacities, stipulate and agree as follows:

1. Plaintiffs move to dismiss the individual members of the Arizona State Board of Medical ("Medical Board") from this action, without prejudice. The dismissal applies to:

    (a) Individual Medical Board members named as defendants in their official capacity in Plaintiffs' complaint filed in April 2019: R. Screven Farmer; James M. Gillard; Edward G. Paul; Jodi A. Bain; Bruce Bethancourt; David Beyer; Teresa L. Connolly; Laura Dorrell; Gary R. Figge; Pamela E. Jones; Lois Krahn; and

    (b) Individuals who joined the Medical Board since this action was filed and who otherwise would be substituted in as defendants in their official capacities, pursuant to Fed. R. Civ. P. 25(d).

2.  This Stipulation applies only to the individual Medical Board members. The Executive Director of the Medical Board, Patricia McSorley, who was named in her official capacity, remains a defendant in this action.

3.  The Medical Board agrees that the Medical Board and its individual members will be bound by any Court order entered against the Medical Board's Executive Director.

4.  Notwithstanding this Stipulation, the dismissed Medical Board members will be considered "parties" for purposes of depositions allowed under the Federal Rules of Civil Procedure and the Local Rules of Civil Procedure of the United States District Court for the District of Arizona.

5.  Each party will bear its own attorneys' fees and costs.

Pursuant to Arizona Local Rule Civ 7.1(b), a proposed form of Order is lodged herewith.

Dated:  May 8, 2020          OFFICE OF THE ATTORNEY GENERAL

By:   _/s/ Mary DeLaat Williams_
      Mary DeLaat Williams

*Attorneys for Defendants Defendants Patricia McSorley, in her official capacity as Executive Director of the Arizona Medical Board; R. Screven Farmer; James M. Gillard; Edward G. Paul; Jodi A. Bain; Bruce Bethancourt; David Beyer; Teresa L. Connolly; Laura Dorrell; Gary R. Figge; Pamela E. Jones; and Lois Krahn, in their official capacities as members of the Arizona Medical Board*

Dated:  May 8, 2020          OFFICE OF THE ATTORNEY GENERAL

By:   _/s/ Brunn W. Roysden, III_ (with permission)
      Brunn W. Roysden, III
      Oramel H. Skinner

*Attorneys for Defendant Mark Brnovich, Attorney General of Arizona, in his official capacity*

Dated:  May 8, 2020               OFFICE OF THE ATTORNEY GENERAL

                                  By:   */s/ Kevin D. Ray* (with permission)
                                        Kevin D. Ray
                                        Aubrey Joy Corcoran

                                  *Attorneys for Defendant Cara M. Christ, in her official capacity as Director of the Arizona Department of Health Services*

Dated:  May 8, 2020               O'MELVENY & MYERS LLP

                                  By:   */s/ Dimitri D. Portnoi* (with permission)
                                        Dimitri D. Portnoi

                                  *Attorneys for Plaintiffs*

Dated:  May 8, 2020               PLANNED PARENTHOOD
                                  FEDERATION OF AMERICA

                                  By:   */s/ Alice Clapman*   (with permission)
                                        Alice Clapman (*pro hac vice*)

                                  *Attorneys Plaintiffs Planned Parenthood Arizona, Inc.; William Richardson, M.D.; and Deanna Wright, N.P.*

Dated:  May 8, 2020               CENTER FOR REPRODUCTIVE
                                  RIGHTS

                                  By:   */s/ Marc A. Hearron* (with permission)
                                        Marc A. Hearron (*pro hac vice*)

                                  *Attorneys for Plaintiff Paul A. Isaacson, M.D.*

Dated:  May 8, 2020               SQUIRE PATTON BOGGS (US) LLP

                                  By:   */s/ Daniel B. Pasternak* (with permission)
                                        Daniel B. Pasternak

                                  *Attorneys for Plaintiffs*

Dated:  May 8, 2020                      ALLIANCE DEFENDING FREEDOM

                                         By:   */s/ Kevin H. Theriot* (with permission)
                                                 Kevin H. Theriot
                                                 Samuel D. Green

                                         *Attorneys for Defendant-Intervenor Choices Pregnancy*
                                         *Centers of Greater Phoenix, Inc.*

1

**CERTIFICATE OF SERVICE**

2      I certify that on this 8th day of May, 2020, I electronically transmitted the

3  foregoing document to the Clerk's Office using the CM/ECF system, which will send a

4  notice of filing to all counsel of record.

5

6                                        By:   _/s/ Mary DeLaat Williams_

7                                               Mary DeLaat Williams

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  8572053

28