DAWN SESTITO*
dsestito@omm.com
CATALINA VERGARA*
cvergara@omm.com
DIMITRI PORTNOI*
dportnoi@omm.com
BRITTANY ROGERS*
brogers@omm.com
HEATHER WELLES*
hwelles@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California  90071
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407

*Attorneys for Plaintiffs*

*Admitted *pro hac vice*

Additional counsel listed below

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Planned Parenthood Arizona, Inc., *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>Mark Brnovich, *et al.*,<br><br>  Defendants. | Case No.  4:19-cv-00207-TUC-JGZ<br><br>**JOINT STIPULATION REGARDING REVISED CASE-MANAGEMENT SCHEDULE**<br><br>*[Proposed] Order Filed Concurrently Herewith* |

ALICE CLAPMAN*
DIANA SALGADO*
PLANNED PARENTHOOD FEDERATION OF AMERICA
110 Vermont Ave., Suite 300
Washington, DC 20016
Telephone: (202) 973-4800
alice.clapman@ppfa.org
diana.salgado@pffa.org

*Attorneys for Plaintiffs*
*Planned Parenthood Arizona, Inc.; William Richardson, M.D.; and Deanna Wright, N.P.*

MARC A. HEARRON*
CENTER FOR REPRODUCTIVE RIGHTS
1634 Eye St., NW, Suite 600
Washington, DC  20006
Telephone: (202) 524-5539
mhearron@reprorights.org

JESSICA SKLARSKY*
CENTER FOR REPRODUCTIVE RIGHTS
199 Water Street
New York, NY 10038
Telephone: (917) 637-3600
jsklarsky@reprorights.org

*Attorneys for Plaintiff*
*Paul A. Isaacson, M.D.*

DANIEL B. PASTERNAK (Bar No. 023751)
SQUIRE PATTON BOGGS (US) LLP
1 E. Washington St., Suite 2700
Phoenix, AZ 85004
Telephone: (602) 528-4187
daniel.pasternak@squirepb.com

*Attorneys for Plaintiffs*

RUSTY D. CRANDELL (No. 026224)
BRUNN ("BEAU") W. ROYSDEN, III (No. 028698)
ORAMEL H. SKINNER (No. 032891)
ARIZONA ATTORNEY GENERAL'S OFFICE
2005 N. Central Avenue
Phoenix, AZ  85004
Telephone:  (602) 542-4288
rusty.crandell@azag.gov
beau.roysden@azag.gov
o.h.skinner@azag.gov

*Attorneys for Defendant*
*Mark Brnovich, Attorney General of Arizona, in his official capacity*

|||
|---|---|
| 1 | MARY D. WILLIAMS |
|   | ARIZONA ATTORNEY GENERAL'S OFFICE |
| 2 | 2005 N. Central Avenue |
|   | Phoenix, AZ 85004 |
| 3 | Telephone: (602) 542-7992 |
|   | Maryd.williams@azag.gov |
| 4 | |
|   | *Attorneys for Defendants* |
| 5 | *Patricia McSorley, in her official capacity* |
|   | *as Executive Director of the Arizona* |
| 6 | *Medical Board; and Joey Ridenour, in her* |
|   | *official capacity as the Executive Director* |
| 7 | *of the Arizona State Board of Nursing* |
| 8 | KEVIN D. RAY |
|   | AUBREY JOY CORCORAN |
| 9 | ARIZONA ATTORNEY GENERAL'S OFFICE |
|   | 2005 N. Central Avenue |
| 10 | Phoenix, AZ 85004 |
|   | Telephone: (602) 542-4288 |
| 11 | kevin.ray@azag.gov |
|   | aubreyjoy.corcoran@azag.gov |
| 12 | |
|   | *Attorneys for Defendant* |
| 13 | *Cara M. Christ, in her official capacity as* |
|   | *Director the Arizona Department of Health* |
| 14 | *Services* |
| 15 | KEVIN H. THERIOT (No. 030446) |
|   | ktheriot@ADFlegal.org |
| 16 | KENNETH J. CONNELLY (No. 025420) |
|   | kconnelly@ADFlegal.org |
| 17 | ALLIANCE DEFENDING FREEDOM |
|   | 15100 N. 90th Street |
| 18 | Scottsdale, AZ 85260 |
|   | Telephone: (480) 444-0020 |
| 19 | |
|   | DENISE M. HARLE |
| 20 | dharle@ADFlegal.org |
|   | ALLIANCE DEFENDING FREEDOM |
| 21 | 1000 Hurricane Shoals Rd., NE |
|   | Building D, Suite 600 |
| 22 | Lawrenceville, GA 30043 |
|   | Telephone: (770) 339-0774 |
| 23 | |
|   | *Attorneys for Defendant-Intervenor Choices* |
| 24 | *Pregnancy Centers of Greater Phoenix, Inc.* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

The Parties hereby submit this Joint Stipulation Regarding the Revised Case-Management Schedule to the Court:

1. On March 23, 2020, the Court ordered that discovery in this litigation be stayed until 60 days after the Supreme Court rendered its decision in *June Medical Services, L.L.C. v. Gee*, Nos. 18-1323 & 18-1460 ("*June Medical*").

2. On March 23, 2020, the Court further ordered that the deadline for the Parties to submit a revised case-management schedule is 60 days after the Supreme Court rendered its decision in *June Medical.*

3. On June 29, 2020, the Supreme Court rendered its decision in *June Medical*, meaning that the discovery stay lifts and the revised case-management schedule is due on August 28, 2020.

4. In consideration of the foregoing, and consistent with the Court's March 23, 2020 Order, the Parties hereby stipulate and agree, subject to the approval of the Court, that the Court revise all dates set forth in the Court's July 25, 2019 Scheduling Order (Dkt. 26) and adopt the dates proposed as follows:

   a. The deadline for the close of document production and responses to written discovery shall be **February 26, 2021**.
   b. The deadline for the close of fact depositions shall be **May 28, 2021**.
   c. The deadline for opening expert reports shall be **June 4, 2021**.
   d. The deadline for rebuttal expert reports shall be **July 23, 2021**.
   e. The deadline for the close of expert depositions shall be **September 24, 2021**.
   f. The deadline for conferral on 4-brief schedule for cross motions for summary judgment shall be **October 1, 2021**.
   g. The deadline for filing dispositive motions, or if agreed to by the Parties the first brief in the 4-brief schedule, shall be **November 19, 2021**.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: August 28, 2020 | O'MELVENY & MYERS LLP |
|   | By: */s/ Dimitri Portnoi* <br> Dawn Sestito (*pro hac vice*) <br> Catalina Vergara (*pro hac vice*) <br> Dimitri Portnoi (*pro hac vice*) <br> Brittany Rogers (*pro hac vice*) <br> Heather Welles (*pro hac vice*) |
|   | *Attorneys for Plaintiffs* |
|   | PLANNED PARENTHOOD FEDERATION OF AMERICA |
|   | By: */s/ Diana Salgado* with permission <br> Alice Clapman (*pro hac vice*) <br> Diana Salgado (*pro hac vice*) |
|   | *Attorneys for Plaintiffs Planned Parenthood Arizona, Inc.; William Richardson, M.D.; and Deanna Wright, N.P.* |
|   | CENTER FOR REPRODUCTIVE RIGHTS |
|   | By: */s/ Marc A. Hearron* with permission <br> Marc A. Hearron (*pro hac vice*) <br> Jessica Sklarsky (*pro hac vice*) |
|   | *Attorneys for Plaintiff Paul A. Isaacson, M.D.* |
|   | SQUIRE PATTON BOGGS (US) LLP |
|   | By: */s/ Daniel B. Pasternak* with permission <br> Daniel B. Pasternak |
|   | *Attorneys for Plaintiffs* |

| | |
|---|---|
| Dated: August 28, 2020 | ARIZONA ATTORNEY GENERAL'S OFFICE |
| | By: */s/ Brunn W. Roysden, III* with permission |
| | Rusty D. Crandell<br>Brunn W. Roysden, III<br>Oramel H. Skinner |
| | *Attorneys for Defendant Mark Brnovich, Attorney General of Arizona, in his official capacity* |
| | ARIZONA ATTORNEY GENERAL'S OFFICE |
| | By: */s/ Kevin D. Ray* with permission |
| | Kevin D. Ray<br>Aubrey Joy Corcoran |
| | *Attorneys for Defendant Cara M. Christ, in her official capacity as Director the Arizona Department of Health Services* |
| | ARIZONA ATTORNEY GENERAL'S OFFICE |
| | By: */s/ Mary DeLaat Williams* with permission |
| | Mary DeLaat Williams |
| | *Attorneys for Defendants Patricia McSorley, in her official capacity as Executive Director of the Arizona Medical Board; and Joey Ridenour, in her official capacity as the Executive Director of the Arizona State Board of Nursing* |
| Dated: August 28, 2020 | ALLIANCE DEFENDING FREEDOM |
| | By: */s/ Kenneth J. Connelly* with permission |
| | Kevin H. Theriot<br>Denise M. Harle<br>Kenneth J. Connelly |
| | *Attorneys for Defendant-Intervenor Choices Pregnancy Centers of Greater Phoenix, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2020 I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

By: */s/ Dimitri Portnoi*