DAWN SESTITO*
dsestito@omm.com
CATALINA VERGARA*
cvergara@omm.com
DIMITRI PORTNOI*
dportnoi@omm.com
BRITTANY ROGERS*
brogers@omm.com
HEATHER WELLES*
hwelles@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California  90071
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407

*Attorneys for Plaintiffs*

*Admitted *pro hac vice*

Additional counsel listed below

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Planned Parenthood Arizona, Inc., *et al.*, | Case No.  4:19-cv-00207-TUC-JGZ |
| Plaintiffs, | **JOINT STIPULATION FOR ENTRY OF AMENDED PROTECTIVE ORDER** |
| v. | *[Proposed] Order Filed Concurrently Herewith* |
| Mark Brnovich, *et al.*, | |
| Defendants. | |

1    ALICE CLAPMAN*
     DIANA SALGADO*
2    PLANNED PARENTHOOD FEDERATION OF
     AMERICA
3    110 Vermont Ave., Suite 300
     Washington, DC 20016
4    Telephone: (202) 973-4800
     alice.clapman@ppfa.org
5    diana.salgado@pffa.org

6    *Attorneys for Plaintiffs*
     *Planned Parenthood Arizona, Inc.; William*
7    *Richardson, M.D.; and Deanna Wright, N.P.*

8    MARC A. HEARRON*
     CENTER FOR REPRODUCTIVE RIGHTS
9    1634 Eye St., NW, Suite 600
     Washington, DC  20006
10   Telephone: (202) 524-5539
     mhearron@reprorights.org
11
     JESSICA SKLARSKY*
12   CENTER FOR REPRODUCTIVE RIGHTS
     199 Water Street
13   New York, NY 10038
     Telephone: (917) 637-3600
14   jsklarsky@reprorights.org

15   *Attorneys for Plaintiff*
     *Paul A. Isaacson, M.D.*
16
     DANIEL B. PASTERNAK (Bar No. 023751)
17   SQUIRE PATTON BOGGS (US) LLP
     1 E. Washington St., Suite 2700
18   Phoenix, AZ 85004
     Telephone: (602) 528-4187
19   daniel.pasternak@squirepb.com

20   *Attorneys for Plaintiffs*

21   RUSTY D. CRANDELL (No. 026224)
     BRUNN ("BEAU") W. ROYSDEN, III (No. 028698)
22   ARIZONA ATTORNEY GENERAL'S OFFICE
     2005 N. Central Avenue
23   Phoenix, AZ  85004
     Telephone:  (602) 542-4288
24   rusty.crandell@azag.gov
     beau.roysden@azag.gov
25
     *Attorneys for Defendant*
26   *Mark Brnovich, Attorney General of*
     *Arizona, in his official capacity*
27

28

JOINT STIPULATION RE: AMENDED
PROTECTIVE ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MARY D. WILLIAMS
ARIZONA ATTORNEY GENERAL'S OFFICE
2005 N. Central Avenue
Phoenix, AZ  85004
Telephone:  (602) 542-7992
Maryd.williams@azag.gov

*Attorneys for Defendants*
*Patricia McSorley, in her official capacity*
*as Executive Director of the Arizona*
*Medical Board; and Joey Ridenour, in her*
*official capacity as the Executive Director*
*of the Arizona State Board of Nursing*

KEVIN D. RAY
AUBREY JOY CORCORAN
ARIZONA ATTORNEY GENERAL'S OFFICE
2005 N. Central Avenue
Phoenix, AZ  85004
Telephone:  (602) 542-4288
kevin.ray@azag.gov
aubreyjoy.corcoran@azag.gov

*Attorneys for Defendant*
*Cara M. Christ, in her official capacity as*
*Director the Arizona Department of Health*
*Services*

KEVIN H. THERIOT (No. 030446)
ktheriot@ADFlegal.org
KENNETH J. CONNELLY (No. 025420)
kconnelly@ADFlegal.org
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ  85260
Telephone: (480) 444-0020

DENISE M. HARLE
dharle@ADFlegal.org
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd., NE
Building D, Suite 600
Lawrenceville, GA 30043
Telephone: (770) 339-0774

*Attorneys for Defendant-Intervenor Choices*
*Pregnancy Centers of Greater Phoenix, Inc.*

JOINT STIPULATION RE: AMENDED
PROTECTIVE ORDER

The Parties hereby submit this Joint Stipulation for Entry of Amended Protective Order:

1.    On October 25, 2019, the Court granted the Stipulated Protective Order entered into by then-named Plaintiffs and Defendants.

2.    On March 2, 2020, the Court granted, with limitations, the Motion to Intervene as Defendants by Choices Pregnancy Centers of Greater Phoenix, Inc. ("Choices").

3.    On March 23, 2020, the Court ordered that discovery in this litigation be stayed until 60 days after the Supreme Court rendered its decision in *June Medical Services, L.L.C. v. Gee*, Nos. 18-1323 & 18-1460 ("*June Medical*").

4.    On May 8, 2020, the Court dismissed individual Arizona State Board of Nursing and Arizona Medical Board members named as Defendants in their official capacities.

5.    On June 29, 2020, the Supreme Court rendered its decision in *June Medical*, meaning that the discovery stay lifted on August 28, 2020.

6.    On September 2, 2020, the Court entered an Order pursuant to the Parties' joint stipulation revising the Case Management Schedule established by the Court's July 25, 2019 Scheduling Order.

7.    The Parties, through undersigned counsel, hereby stipulate and agree that the Court may enter the accompanying Amended Protective Order to account for Defendant-Intervenor Choices' participation in the matter on a limited basis, to facilitate the Parties' exchange of confidential information, and to govern the use of such information. The Amended Protective Order otherwise is materially identical to the Protective Order the Court previously entered.

JOINT STIPULATION RE: AMENDED
PROTECTIVE ORDER

1                                     Respectfully submitted,

2     Dated: September 18, 2020        O'MELVENY & MYERS LLP

By: */s/ Dimitri Portnoi*
Dawn Sestito (*pro hac vice*)
Catalina Vergara (*pro hac vice*)
Dimitri Portnoi (*pro hac vice*)
Brittany Rogers (*pro hac vice*)
Heather Welles (*pro hac vice*)

*Attorneys for Plaintiffs*

PLANNED PARENTHOOD
FEDERATION OF AMERICA

By: */s/ Diana Salgado* with permission
Alice Clapman (*pro hac vice*)
Diana Salgado (*pro hac vice*)

*Attorneys for Plaintiffs Planned Parenthood Arizona, Inc.; William Richardson, M.D.; and Deanna Wright, N.P.*

CENTER FOR REPRODUCTIVE
RIGHTS

By: */s/ Marc A. Hearron* with permission
Marc A. Hearron (*pro hac vice*)
Jessica Sklarsky (*pro hac vice*)

*Attorneys for Plaintiff Paul A. Isaacson, M.D.*

SQUIRE PATTON BOGGS (US) LLP

By: */s/ Daniel B. Pasternak* with permission
Daniel B. Pasternak

*Attorneys for Plaintiffs*

1

2          Dated:  September 18, 2020                    ARIZONA ATTORNEY GENERAL'S
                                                        OFFICE
3
                                                        By: *Brunn W. Roysden, III* with
4                                                       permission
                                                        Rusty D. Crandell
5                                                       Brunn W. Roysden, III

6                                                       *Attorneys for Defendant*
                                                        *Mark Brnovich, Attorney General of*
7                                                       *Arizona, in his official capacity*

8
                                                        ARIZONA ATTORNEY GENERAL'S
9                                                       OFFICE

10                                                      By: */s/ Kevin D. Ray* with permission
                                                        Kevin D. Ray
11                                                      Aubrey Joy Corcoran

12                                                      *Attorneys for Defendant*
                                                        *Cara M. Christ, in her official capacity*
13                                                      *as Director the Arizona Department of*
                                                        *Health Services*
14

15                                                      ARIZONA ATTORNEY GENERAL'S
                                                        OFFICE
16
                                                        By: */s/  Mary DeLaat Williams* with
17                                                      permission
                                                        Mary DeLaat Williams
18
                                                        *Attorneys for Defendants*
19                                                      *Patricia McSorley, in her official*
                                                        *capacity as Executive Director of the*
20                                                      *Arizona Medical Board; and Joey*
                                                        *Ridenour, in her official capacity as the*
21                                                      *Executive Director of the Arizona State*
                                                        *Board of Nursing*
22
           Dated: September 18, 2020                    ALLIANCE DEFENDING FREEDOM
23
                                                        By: */s/ Kenneth J. Connelly* with
24                                                      permission
                                                        Kevin H. Theriot
25                                                      Denise M. Harle
                                                        Kenneth J. Connelly
26
                                                        *Attorneys for Defendant-Intervenor*
27                                                      *Choices Pregnancy Centers of Greater*
                                                        *Phoenix, Inc.*
28

                                    - 6 -              JOINT STIPULATION RE: AMENDED
                                                             PROTECTIVE ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2020 I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

By: _/s/ Dimitri Portnoi_

JOINT STIPULATION RE: AMENDED
PROTECTIVE ORDER