| | |
|---|---|
| 1 | DAWN SESTITO* |
|  | dsestito@omm.com |
| 2 | CATALINA VERGARA* |
|  | cvergara@omm.com |
| 3 | DIMITRI PORTNOI* |
|  | dportnoi@omm.com |
| 4 | BRITTANY ROGERS* |
|  | brogers@omm.com |
| 5 | HEATHER WELLES* |
|  | hwelles@omm.com |
| 6 | O'MELVENY & MYERS LLP |
|  | 400 South Hope Street, 18th Floor |
| 7 | Los Angeles, California 90071 |
|  | Telephone: (213) 430-6000 |
| 8 | Facsimile: (213) 430-6407 |

*Attorneys for Plaintiffs*

*Admitted *pro hac vice*

Additional counsel listed below

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Planned Parenthood Arizona, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Mark Brnovich, *et al.*,<br><br>Defendants. | Case No. 4:19-cv-00207-TUC-JGZ<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>*[Proposed] Order Filed Concurrently Herewith* |

| | |
|---|---|
| 1 | ALICE CLAPMAN* |
| | DIANA SALGADO* |
| 2 | PLANNED PARENTHOOD FEDERATION OF |
| | AMERICA |
| 3 | 110 Vermont Ave., Suite 300 |
| | Washington, DC 20016 |
| 4 | Telephone: (202) 973-4800 |
| | alice.clapman@ppfa.org |
| 5 | diana.salgado@pffa.org |
| 6 | *Attorneys for Plaintiffs* |
| | *Planned Parenthood Arizona, Inc.; William* |
| 7 | *Richardson, M.D.; and Deanna Wright, N.P.* |
| 8 | MARC A. HEARRON* |
| | CENTER FOR REPRODUCTIVE RIGHTS |
| 9 | 1634 Eye St., NW, Suite 600 |
| | Washington, DC  20006 |
| 10 | Telephone: (202) 524-5539 |
| | mhearron@reprorights.org |
| 11 | |
| | JESSICA SKLARSKY* |
| 12 | CENTER FOR REPRODUCTIVE RIGHTS |
| | 199 Water Street |
| 13 | New York, NY 10038 |
| | Telephone: (917) 637-3600 |
| 14 | jsklarsky@reprorights.org |
| 15 | *Attorneys for Plaintiff* |
| | *Paul A. Isaacson, M.D.* |
| 16 | |
| | DANIEL B. PASTERNAK (Bar No. 023751) |
| 17 | SQUIRE PATTON BOGGS (US) LLP |
| | 1 E. Washington St., Suite 2700 |
| 18 | Phoenix, AZ 85004 |
| | Telephone: (602) 528-4187 |
| 19 | daniel.pasternak@squirepb.com |
| 20 | *Attorneys for Plaintiffs* |
| 21 | BRUNN ("BEAU") W. ROYSDEN, III (No. 028698) |
| | MICHAEL SHAWN CATLETT (No. 25238) |
| 22 | ARIZONA ATTORNEY GENERAL'S OFFICE |
| | 2005 N. Central Avenue |
| 23 | Phoenix, AZ  85004 |
| | Telephone:  (602) 542-4288 |
| 24 | rusty.crandell@azag.gov |
| | beau.roysden@azag.gov |
| 25 | |
| 26 | *Attorneys for Defendant* |
| | *Mark Brnovich, Attorney General of* |
| 27 | *Arizona, in his official capacity* |
| 28 | |

| 1 | MARY D. WILLIAMS
ARIZONA ATTORNEY GENERAL'S OFFICE
2005 N. Central Avenue
Phoenix, AZ  85004
Telephone:  (602) 542-7992
Maryd.williams@azag.gov

*Attorneys for Defendants
Patricia McSorley, in her official capacity
as Executive Director of the Arizona
Medical Board; and Joey Ridenour, in her
official capacity as the Executive Director
of the Arizona State Board of Nursing*

KEVIN D. RAY
AUBREY JOY CORCORAN
ARIZONA ATTORNEY GENERAL'S OFFICE
2005 N. Central Avenue
Phoenix, AZ  85004
Telephone:  (602) 542-4288
kevin.ray@azag.gov
aubreyjoy.corcoran@azag.gov

*Attorneys for Defendant
Cara M. Christ, in her official capacity as
Director the Arizona Department of Health
Services*

KEVIN H. THERIOT (No. 030446)
ktheriot@ADFlegal.org
KENNETH J. CONNELLY (No. 025420)
kconnelly@ADFlegal.org
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ  85260
Telephone: (480) 444-0020

DENISE M. HARLE
dharle@ADFlegal.org
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd., NE
Building D, Suite 600
Lawrenceville, GA 30043
Telephone: (770) 339-0774

*Attorneys for Defendant-Intervenor Choices
Pregnancy Centers of Greater Phoenix, Inc.*

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all Parties who have appeared stipulate to the voluntary dismissal of this action without prejudice. Each party is to bear its own costs, fees, and expenses. There is no prevailing party in this action.

IT IS SO STIPULATED.

Dated: November 3, 2020

Respectfully submitted,

O'MELVENY & MYERS LLP

By: */s/ Dimitri Portnoi*
Dawn Sestito (*pro hac vice*)
Catalina Vergara (*pro hac vice*)
Dimitri Portnoi (*pro hac vice*)
Brittany Rogers (*pro hac vice*)
Heather Welles (*pro hac vice*)

*Attorneys for Plaintiffs*

PLANNED PARENTHOOD FEDERATION OF AMERICA

By: */s/ Diana Salgado* (with permission)
Alice Clapman (*pro hac vice*)
Diana Salgado (*pro hac vice*)

*Attorneys for Plaintiffs Planned Parenthood Arizona, Inc.; William Richardson, M.D.; and Deanna Wright, N.P.*

CENTER FOR REPRODUCTIVE RIGHTS

By: */s/ Marc A. Hearron* (with permission)
Marc A. Hearron (*pro hac vice*)
Jessica Sklarsky (*pro hac vice*)

*Attorneys for Plaintiff Paul A. Isaacson, M.D.*

JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

| | |
|---|---|
| | SQUIRE PATTON BOGGS (US) LLP |
| | By: */s/ Daniel B. Pasternak* (with permission) |
| | Daniel B. Pasternak |
| | *Attorneys for Plaintiffs* |
| Dated: November 3, 2020 | ARIZONA ATTORNEY GENERAL'S OFFICE |
| | By: */s/ Brunn W. Roysden, III* (with permission) |
| | Brunn W. Roysden, III<br>Michael Shawn Catlett<br>*Attorneys for Defendant Mark Brnovich, Attorney General of Arizona, in his official capacity* |
| | ARIZONA ATTORNEY GENERAL'S OFFICE |
| | By: */s/ Kevin D. Ray* (with permission) |
| | Kevin D. Ray<br>Aubrey Joy Corcoran |
| | *Attorneys for Defendant Cara M. Christ, in her official capacity as Director the Arizona Department of Health Services* |
| | ARIZONA ATTORNEY GENERAL'S OFFICE |
| | By: */s/ Mary DeLaat Williams* (with permission) |
| | Mary DeLaat Williams |
| | *Attorneys for Defendants Patricia McSorley, in her official capacity as Executive Director of the Arizona Medical Board; and Joey Ridenour, in her official capacity as the Executive Director of the Arizona State Board of Nursing* |

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: November 3, 2020 | ALLIANCE DEFENDING FREEDOM |
| 4 | | By: *Kenneth J. Connelly* (with permission) |
| 5 | | Kevin H. Theriot<br>Denise M. Harle<br>Kenneth J. Connelly |
| 6 | | |
| 7 | | *Attorneys for Defendant-Intervenor Choices Pregnancy Centers of Greater Phoenix, Inc.* |

JOINT STIPULATION FOR VOLUNTARY
DISMISSAL WITHOUT PREJUDICE

# CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2020 I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

By: /s/ *Dimitri Portnoi*